UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIE SANDERS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:17cv742-RV-CJK

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 7, 2018 (doc. 15). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the plaintiff's objection (doc. 16).

Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is AFFIRMED, and Ms. Sanders' applications for DIB and SSI are DENIED.

3. The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 4th day of December, 2018.

s/ <i>Roger Vinson</i><br>
**ROGER VINSON**<br>
**SENIOR UNITED STATES DISTRICT JUDGE**